IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS A. VILLEGAS,<br><br>    Plaintiff,<br><br>  v.<br><br>L.L. SCHULTEIS, Chief Deputy Warden, et al.,<br><br>    Defendants.<br>_____ | No. C 09-0820 MMC (PR)<br><br>**ORDER OF TRANSFER**<br><br>**(Docket Nos. 2 & 3)** |

    On February 25, 2009, plaintiff, a California prisoner incarcerated at the California Correctional Institution ("CCI") in Tehachapi, California, and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that prison officials at CCI have violated his constitutional rights by subjecting him to racial harassment and the use of force. He seeks injunctive relief and monetary damages.

    Venue may be raised by the court sua sponte where the defendant has not filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

situated; or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b).  When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice."  See 28 U.S.C. § 1406(a).

It is clear from the complaint that plaintiff's claims arise out of acts allegedly committed by prison officials at CCI.  Consequently, as CCI is located in Kern County, which, in turn, is located in the Eastern District of California, venue is proper in the Eastern District, not in the Northern District.  See 28 U.S.C. § 84(b).

Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California.  In light of the transfer, this Court will defer to the Eastern District with respect to plaintiff's application to proceed in forma pauperis and motion for appointment of counsel.

This order terminates Docket Nos. 2 & 3.

IT IS SO ORDERED.

DATED: March 16, 2009

_____
MAXINE M. CHESNEY
United States District Judge